NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIMO S. DAVID,                )
                             )
          Appellant,          )
                             )
v.                            )          Case No. 2D18-5105
                             )
DEPARTMENT OF REVENUE, o/b/o   )
JANICE DAVID-CROUCH,          )
                             )
          Appellee.           )
_____)

Opinion filed June 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Chet Tharpe,
Judge.

Kimo S. David, pro se.

Ashley Moody, Attorney General,
and Toni C. Bernstein, Assistant
Attorney General, Tallahassee,
for Appellee.


PER CURIAM.

          Affirmed.  See Fla. R. App. P. 9.315(a).


NORTHCUTT, MORRIS, and ATKINSON, JJ., Concur.